Same case below, 574 F.3d 929.

**No. 09-826. David K. Stone, et al., Petitioners v. Devon Energy Production Company, L.P., et al.**

559 U.S. 1068, 130 S. Ct. 2096, 176 L. Ed. 2d 724, 2010 U.S. LEXIS 3367.

April 19, 2010. Petition for writ of certiorari to the Supreme Court of Wyoming denied.

Same case below, 216 P.3d 489.

**No. 09-946. Joseph Jaskolski, et al., Petitioners v. Rick Daniels, et al.**

559 U.S. 1068, 130 S. Ct. 2098, 176 L. Ed. 2d 724, 2010 U.S. LEXIS 3306.

April 19, 2010. Petition for writ of certiorari to the Court of Appeals of Indiana, First District, denied.

Same case below, 905 N.E.2d 1.

**No. 09-947. Cyrus Yoo Kim, Petitioner v. Targa Real Estate Service, Inc., et al.**

559 U.S. 1068, 130 S. Ct. 2099, 176 L. Ed. 2d 724, 2010 U.S. LEXIS 3278.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 332 Fed. Appx. 426.

**No. 09-950. Marci J. Bittner, Petitioner v. Snyder County, Pennsylvania, et al.**

559 U.S. 1069, 130 S. Ct. 2099, 176 L. Ed. 2d 724, 2010 U.S. LEXIS 3363.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 345 Fed. Appx. 790.

**No. 09-961. Roy Den Hollander, et al., Petitioners v. United States, et al.**

559 U.S. 1069, 130 S. Ct. 2101, 176 L. Ed. 2d 724, 2010 U.S. LEXIS 3376.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 354 Fed. Appx. 592.

**No. 09-964. William A. McGowan, Petitioner v. Deere & Company.**

559 U.S. 1069, 130 S. Ct. 2101, 176 L. Ed. 2d 724, 2010 U.S. LEXIS 3318.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 581 F.3d 575.

**No. 09-970. Richard Boyle, Petitioner v. Michael J. Astrue, Commissioner of Social Security.**

559 U.S. 1069, 130 S. Ct. 2103, 176 L. Ed. 2d 724, 2010 U.S. LEXIS 3415.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.